IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SARA DAVIS, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 3:20-CV-00316-MAB |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|       Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on January 19, 2021 (Doc. 16), all claims have been settled or otherwise resolved, and Defendant USA is dismissed with prejudice from this action, each party to bear their own costs, unless otherwise provided in the settlement documents.

DATED: March 15, 2021

                                        **MARGARET M. ROBERTIE,**
                                        **Clerk of Court**

                                          BY:  /s/ *Jennifer Jones*
                                                    **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                    **MARK A. BEATTY**
                    **United States Magistrate Judge**